UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

BARBARA YVONNE HAYES,

                Plaintiff,

v.                                            **DECISION AND ORDER**
                                                   06-CV-528S

WILLIAMSVILLE CENTRAL SCHOOL DISTRICT,
NEW YORK STATE EDUCATION DEPARTMENT,
PEOPLE INCORPORATED, and UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN
SERVICES OFFICE FOR CIVIL RIGHTS REGION II,

                Defendants.

      On March 28, 2008, pro se Plaintiff Barbara Yvonne Hayes filed a Motion Seeking Court Leniency. (Docket No. 84.) Plaintiff's motion is granted in part and denied in part.

      Plaintiff's first request — that her submissions be liberally construed — is granted. Because of the disadvantage that pro se litigants face, federal courts routinely read their submissions liberally, and interpret them to raise the strongest arguments that they suggest. See Haines v. Kerner, 404 U.S. 519, 520, 92 S.Ct. 594, 596, 30 L.Ed.2d 652 (1972); Burgos v. Hopkins, 14 F.3d 787, 790 (2d Cir. 1994). Plaintiff's submissions have been and will be afforded this treatment. See, e.g., Memorandum and Order (Elfvin, J.), Docket No. 28, p. 9 (discussing liberal treatment of pro se submissions).

      Plaintiff's additional requests that (1) she be permitted to proceed with the Proposed Amended Complaint she filed on September 7, 2007 (presumably rather than the Second Amended Complaint filed on March 7, 2008); (2) her requests made to the Clerk of the Court be granted; (3) her previously-dismissed claims be reinstated; and (4) she be granted leave to file a Third Amended Complaint, are denied. These grounds for relief

have already been denied and this Court finds no cause to disturb the rulings previously made in this case.

IT HEREBY IS ORDERED, that Plaintiff's Motion Seeking Court Leniency (Docket No. 84) is GRANTED in part and DENIED in part consistent with this Decision and Order.

SO ORDERED.

Dated:   February 16, 2009
         Buffalo, New York

                                            s/William M. Skretny
                                            WILLIAM M. SKRETNY
                                            United States District Judge